UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL ROWE,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAELS STORES, INC.,<br><br>Defendant. | Case No. 5:15-cv-01592-EJD<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION EXTENDING PLAINTIFF'S DEADLINE TO FILE A MOTION FOR CLASS CERTIFICATION FOR 38 DAYS,**<br><br>[Hon. Edward J. Davila] |

**IT IS HEREBY ORDERED,** good cause appearing, that:

1. Plaintiff shall file his Motion for Class Certification by July 22, 2016;
2. Defendant shall file its opposition to Plaintiff's Motion for Class Certification by August 26, 2016;
3. Plaintiff shall file her reply in support of his Motion for Class Certification by September 9, 2016;

Dated: June 6, 2016

By: _/s/ Edward J. Davila_
 Hon. Edward J. Davila
United States District Judge